Sunshine & Feinstein LLP
666 Old Country Rd #605
Garden City NY 11530

IN THE DISTRICT COURT
STATE OF STATE OF NEW YORK

| | |
|---|---|
| PLASMA AIR INTERNATIONAL., ) | CASE #: 08cv02415 |
| ) | |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE BY |
| ) | A PRIVATE PROCESS SERVER |
| AERISA INC., ET AL., ) | |
| ) | **ORIGINAL** |
| Defendant. ) | |

Richard Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon Aerisa Inc., by leaving documents with TC Kong, who was authorized to accept, at 9035 E Pima Center Pkwy #11, Scottsdale AZ, on March 21, 2008 at 9:26a.m.

DATED: 3-21-08

RICHARD SCHATTENBERG

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 30.00

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480) 464-8484

Sunshine & Feinstein LLP
666 Old Country Rd #605
Garden City NY 11530

IN THE DISTRICT COURT
STATE OF STATE OF NEW YORK

| | |
|---|---|
| PLASMA AIR INTERNATIONAL., ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> AERISA INC., ET AL., ) <br> ) <br> Defendant. ) <br> ) | CASE #: 08cv02415 <br><br> CERTIFICATE OF SERVICE BY <br> A PRIVATE PROCESS SERVER <br><br> **ORIGINAL** |

Richard Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon IONZ International Inc., by leaving documents with TC Kong, who was authorized to accept, at 9035 E Pima Center Pkwy #11, Scottsdale AZ, on March 21, 2008 at 9:26a.m. Note: Server spoke to Tim Bender on the phone, Tim told server he authorized to TC to accept on his behalf.

DATED: 3-21-08

RICHARD SCHATTENBERG

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 30.00

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480) 464-8484

Sunshine & Feinstein LLP
666 Old Country Rd #605
Garden City NY 11530

IN THE DISTRICT COURT
STATE OF STATE OF NEW YORK

| | |
|---|---|
| PLASMA AIR INTERNATIONAL., ) | CASE #: 08cv02415 |
| ) | |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE BY |
| ) | A PRIVATE PROCESS SERVER |
| AERISA INC., ET AL., ) | |
| ) | |
| Defendant. ) | ORIGINAL |

Richard Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon ION Investment Partners LLC, by leaving documents with TC Kong, who was authorized to accept, at 9035 E Pima Center Pkwy #11, Scottsdale AZ, on March 21, 2008 at 9:26a.m. Note: Server spoke to Tim Bender on the phone, Tim told server he authorized to TC to accept on his behalf.

DATED: 3-21-08

RICHARD SCHATTENBERG

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 30.00

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480) 464-8484

Sunshine & Feinstein LLP
666 Old Country Rd #605
Garden City NY 11530

IN THE DISTRICT COURT
STATE OF STATE OF NEW YORK

| | |
|---|---|
| PLASMA AIR INTERNATIONAL., ) | CASE #: 08cv02415 |
| ) | |
| Plaintiff, ) | |
| vs. ) | CERTIFICATE OF SERVICE BY |
| ) | A PRIVATE PROCESS SERVER |
| AERISA INC., ET AL., ) | |
| ) | |
| Defendant. ) | **ORIGINAL** |

Richard Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon ECO ION Technologies LLC c/o Alf Mauritzon, by serving Alf personally, who was authorized to accept, at 9035 E Pima Center Pkwy #11, Scottsdale AZ, on March 24, 2008 at 11:25a.m.

DATED: 3-24-08

RICHARD SCHATTENBERG

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 30.00

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480) 464-8484

Sunshine & Feinstein LLP
666 Old Country Rd #605
Garden City NY 11530

IN THE DISTRICT COURT
STATE OF STATE OF NEW YORK

PLASMA AIR INTERNATIONAL.,              )        CASE #: 08cv02415
                                        )
              Plaintiff,                )
vs.                                     )        CERTIFICATE OF SERVICE BY
                                        )        A PRIVATE PROCESS SERVER
AERISA INC., ET AL.,                    )
                                        )
              Defendant.                )        ORIGINAL
_____)

   Richard Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT

   In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

   Service was made upon ECO Air Technologies LLC c/o Alf Mauritzon, by serving Alf personally, who was authorized to accept, at 9035 E Pima Center Pkwy #11, Scottsdale AZ, on March 24, 2008 at 11:25a.m.

DATED: 3-24-08                                   _____
                                                 RICHARD SCHATTENBERG

   I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 30.00


                                                 DIRECT ACCESS LEGAL SERVICES
                                                 550 W. BASELINE RD., SUITE 102, #200
                                                 MESA, AZ 85210/(480) 464-8484

Sunshine & Feinstein LLP
666 Old Country Rd #605
Garden City NY 11530

IN THE DISTRICT COURT
STATE OF STATE OF NEW YORK

| | | |
|---|---|---|
| PLASMA AIR INTERNATIONAL., | ) | CASE #: 08cv02415 |
| Plaintiff, | ) | |
| vs. | ) | CERTIFICATE OF SERVICE BY |
| | ) | A PRIVATE PROCESS SERVER |
| AERISA INC., ET AL., | ) | |
| Defendant. | ) | **ORIGINAL** |

Richard Schattenberg, being fully qualified under ARCP 4(e) to serve process within the State of Arizona and having been so appointed by Maricopa County Superior Court, did receive the following documents:

SUMMONS; COMPLAINT

In each instance I personally served a true copy of each document listed above on those named below in the manner, and at the time and place shown below.

Service was made upon Alf Mauritzon, personally, at 9035 E Pima Center Pkwy #11, Scottsdale AZ, on March 24, 2008 at 11:25a.m.

DATED: 3-24-08

RICHARD SCHATTENBERG

I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Charge: $ 30.00

DIRECT ACCESS LEGAL SERVICES
550 W. BASELINE RD., SUITE 102, #200
MESA, AZ 85210/(480) 464-8484