✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

PLASMA AIR INTERNATIONAL, INC.,
LAWRENCE SUNSHINE, CLIFFORD MILLER
and VIPER HOLDING, LLC,

                Plaintiffs,

   -against-

AERISA, INC., ION INVESTMENT PARTNERS, LLC,
IONZ INTERNATIONAL, INC., ALF MAURITZON,
ECO ION TECHNOLOGIES, LLC, and
ECO-AIR TECHNOLOGIES, LLC, Defendants.

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name      Bar Number

Address

City      State      Zip Code

Phone Number      Fax Number