UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

PLASMA AIR INTERNATIONAL, INC.,
LAWRENCE SUNSHINE, CLIFFORD
MILLER and VIPER HOLDING, LLC,

        Plaintiffs,

  -against-

AERISA, INC., ION INVESTMENT
PARTNERS, LLC, IONZ INTERNATIONAL,
INC., ALF MAURITZON, ECO ION
TECHNOLOGIES, LLC, and ECO-AIR
TECHNOLOGIES, LLC,

        Defendants.

---------------------------------------------------------------

08 CV 02415 (GEL)

## **DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

This Corporate Disclosure Statement is filed on behalf of Aerisa, Inc., Ion Investment Partners, LLC, IONZ International, Inc., Eco-Ion Technologies, LLC, and Eco-Air Technologies, LLC in compliance with the provisions of: *(check one)*

    __X__  Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    _____  Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

    _____  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation, the government must

file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing parties each hereby declare as follows:**

   X   No such corporation.

_____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.  *(Attach additional pages if needed.)*

_____ Publicly held corporation, not a party to the case, with a financial interest in the outcome.  *List identity of corporation and the nature of financial interest. (Attach additional pages if needed.)*

_____ Relationship_____

_____ Other (please explain)

A supplemental disclosure statement will be filed upon any change in the information provided herein.

SQUIRE, SANDERS & DEMPSEY L.L.P.

April 10, 2008

By: _____
    Richard Mattiaccio (RM 4764)
    Steven Skulnik (SS7821)
    350 Park Avenue, 15th Floor
    New York, NY  10022-6022
    (212) 872-9800

    George Brandon (GB030818)
    Brian M. McQuaid (*pro hac vice* admission pending)
    Squire, Sanders & Dempsey L.L.P.
    40 North Central Avenue, Suite 2700
    Phoenix, AZ  85004-4498
    Telephone:  (602) 528-4000
    Facsimile:  (602) 253-8129
    Attorneys for Defendants