UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| PLASMA AIR INTERNATIONAL, INC., LAWRENCE SUNSHINE, CLIFFORD MILLER and VIPER HOLDING, LLC, | : : : : : : | 08 CV 02415 (GEL) |
| Plaintiffs, | : : | |
| -against- | : : : | |
| AERISA, INC., ION INVESTMENT PARTNERS, LLC, IONZ INTERNATIONAL, INC., ALF MAURITZON, ECO ION TECHNOLOGIES, LLC, and ECO-AIR TECHNOLOGIES, LLC, | : : : : : : | |
| Defendants. | : | |

## NOTICE OF MOTION TO DISMISS, OR ALTERNATIVELY, STAY OR TRANSFER THE COMPLAINT

PLEASE TAKE NOTICE that pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure, and upon declaration Brian M. McQuaid dated April 10, 2008of the accompanying Memorandum of Law, Defendants Aerisa, Inc. ("Aerisa"), Ion Investment Partners, LLC, IONZ International, Inc., Alf Mauritzson, Eco-Ion Technologies, LLC, and Eco-Air Technologies, LLC (collectively, "Aerisa") will, and hereby do, move this Court to dismiss, or alternatively, stay or transfer, the claims alleged in plaintiffs' Plasma Air International, Inc., and for such other and further relief as the Court may consider just and proper.

Pursuant to Local Civil Rule 6.1, any opposing affidavits and answering memoranda shall be served within ten business days after service of the moving papers.

SQUIRE, SANDERS & DEMPSEY L.L.P.

April 10, 2008

By: _____

    Richard Mattiaccio (RM4764)
    Steven Skulnik (SS 7821)
    350 Park Avenue, 15th Floor
    New York, NY 10022-6022
    (212) 872-9800

    George Brandon (GB030818)
    Brian M. McQuaid (*pro hac vice* admission pending)
    Squire, Sanders & Dempsey L.L.P.
    40 North Central Avenue, Suite 2700
    Phoenix, AZ 85004-4498
    Telephone: (602) 528-4000
    Facsimile: (602) 253-8129
    Attorneys for Defendants