UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLASMA AIR INTERNATIONAL, INC.,
LAWRENCE SUNSHINE, CLIFFORD MILLER
and VIPER HOLDING, LLC,

: Case No. 08 CV 02415

              Plaintiffs,

**MOTION TO ADMIT BRIAN M. MCQUAID PRO HAC VICE**

- against -

AERISA, INC., ION INVESTMENT PARTNERS, LLC, IONZ INTERNATIONAL, INC., ALF MAURITZON, ECO ION TECHNOLOGIES, LLC, and ECO-AIR TECHNOLOGIES, LLC,

              Defendants.

      PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, George Brandon, a member in good standing of the bar of this Court, hereby moves for an Order allowing the admission pro hac vice of

      Brian Michael McQuaid
      Squire, Sanders & Dempsey L.L.P.
      40 N. Central Ave., Ste. 2700
      Phoenix, AZ 85004
      Telephone: (602) 528-4175
      Facsimile: (602) 253-8129

      Brian M. McQuaid is a member in good standing of the Bar of the State of Arizona. There are no pending disciplinary proceedings against Brian M. McQuaid in any State or Federal court.

Dated this 7th of April, 2008

Phoenix, Arizona

              Respectfully submitted,

              _____
              George Brandon
              SDNY Bar: GB-0630
              Squire, Sanders & Dempsey L.L.P.
              40 N. Central Ave., Ste. 2700
              Phoenix, AZ 85004
              Telephone: (602) 528-4175
              Facsimile: (602) 253-8129

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLASMA AIR INTERNATIONAL, INC., LAWRENCE SUNSHINE, CLIFFORD MILLER and VIPER HOLDING, LLC,<br><br>Plaintiffs,<br><br>- against -<br><br>AERISA, INC., ION INVESTMENT PARTNERS, LLC, IONZ INTERNATIONAL, INC., ALF MAURITZON, ECO ION TECHNOLOGIES, LLC, and ECO-AIR TECHNOLOGIES, LLC,<br><br>Defendants. | Case No. 08 CV 02415<br><br>**AFFIDAVIT OF GEORGE BRANDON IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

State of Arizona    )
                    )   ss:
County of Maricopa  )

George Brandon, being duly sworn, says as follows:

1. I am a member of Squire, Sanders & Dempsey L.L.P., counsel for Defendant Aerisa, Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant Aerisa, Inc.'s motion to admit Brian M. McQuaid pro hac vice to represent Defendant Aerisa, Inc. in this matter.

2. I am a member in good standing of the bar of the States of New York, Arizona, Texas, and the District of Columbia and was admitted to practice law in 1980. I was also admitted to the bar of the United States District Court for the Southern District of New York on April 7, 1981, and I am in good standing with this Court.

3. I have known Brian M. McQuaid since 2001.

4. Mr. McQuaid is also a member of Squire, Sanders & Dempsey L.L.P. in Phoenix, Arizona.

5. I have found Mr. McQuaid to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for an order admitting Brian M. McQuaid, pro hac vice, a form of which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Brian M. McQuaid, pro hac vice, to represent Defendant Aerisa, Inc. in the above captioned matter, be granted.

Dated this 7th of April, 2008

Phoenix, Arizona

> Respectfully submitted,
>
> _____
> George Brandon
> SDNY Bar No. GB-0630
> Squire, Sanders & Dempsey L.L.P.
> 40 N. Central Ave., Ste. 2700
> Phoenix, AZ 85004
> Telephone: (602) 528-4175
> Facsimile: (602) 253-8129

State of Arizona        )
                        ) ss.
County of Maricopa      )

Subscribed and sworn before me this 7th day of April 2008.

_____
Notary Public

My Commission Expires:

8/9/10

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK          )
                           )SS.:
COUNTY OF NEW YORK         )

DINA LAMBROU, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides in Queens County, New York.

That on the 10th day of April 2008, I served Aerisa Inc.'s Motion for Admission Pro Hac Vice by depositing a true copy thereof enclosed in a wrapper designated for that purpose, into the custody of U.S. Mail, addressed to each of the following person at the last known address set forth below:

Brian R. Feinstein
Sunshine & Feinstein, LLP
666 Old Country Road, Suite 605
Garden City, NY  11530
(516) 742-6444

DINA LAMBROU

Sworn to before me this
10th day of April 2008

_____
Notary Public

STEVEN SKULNIK
Notary Public, State of New York
No. 02SK4803660
Qualified in New York County
Commission Expires August 6, 201_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PLASMA AIR INTERNATIONAL, INC., LAWRENCE SUNSHINE, CLIFFORD MILLER and VIPER HOLDING, LLC, <br><br> Plaintiffs, <br><br> - against - <br><br> AERISA, INC., ION INVESTMENT PARTNERS, LLC, IONZ INTERNATIONAL, INC., ALF MAURITZON, ECO ION TECHNOLOGIES, LLC, and ECO-AIR TECHNOLOGIES, LLC, <br><br> Defendants. | Case No. 08 CV 02415 <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of George Brandon attorney for Defendant Aerisa, Inc. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

>Brian Michael McQuaid
>Squire, Sanders & Dempsey L.L.P.
>40 N. Central Ave., Ste. 2700
>Phoenix, AZ 85004
>Telephone: (602) 528-4175
>Facsimile: (602) 253-8129
>bmcquaid@ssd.com

is admitted to practice pro hac vice as counsel for Defendant Aerisa, Inc. in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: _____

City, State: _____

_____<br>United States District/Magistrate Judge

5

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **BRIAN MICHAEL McQUAID,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on May 21, 1999, and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this 3rd day of April, 2008.

_____
Leticia V. D'Amore
Disciplinary Clerk