```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PLASMA AIR INTERNATIONAL, INC.,  : Case No. 08 CV 02415
LAWRENCE SUNSHINE, CLIFFORD MILLER :
and VIPER HOLDING, LLC,          :
                                 : **ORDER FOR ADMISSION PRO HAC VICE**
                    Plaintiffs,  : **ON WRITTEN MOTION**
                                 :
    - against -                  :
                                 :
AERISA, INC., ION INVESTMENT PARTNERS, :
LLC, IONZ INTERNATIONAL, INC., ALF :
MAURITZON, ECO ION TECHNOLOGIES, LLC, :
and ECO-AIR TECHNOLOGIES, LLC,   :
                                 :
                    Defendants.  :

Upon the motion of George Brandon attorney for Defendant Aerisa, Inc. and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

> Brian Michael McQuaid
> Squire, Sanders & Dempsey L.L.P.
> 40 N. Central Ave., Ste. 2700
> Phoenix, AZ 85004
> Telephone: (602) 528-4175
> Facsimile: (602) 253-8129
> bmcquaid@ssd.com

is admitted to practice pro hac vice as counsel for Defendant Aerisa, Inc. in the above captioned case in the United States Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: April 16, 2008
City, State: New York, NY

_____
United States District/Magistrate Judge

5