04/25/2008 10:54 FAX 602 253 8129    Squire Sanders 02787    ☒002

Lynch, J


MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
PLASMA AIR INTERNATIONAL, INC.,
LAWRENCE SUNSHINE, CLIFFORD MILLER and
VIPER HOLDING, LLC,

                                      Plaintiffs,

      - against -

AERISA, INC, ION INVESTMENT PARTNERS,
LLC, IONZ INTERNATIONAL, INC., ALF
MAURITZON, ECO ION TECHNOLOGIES, LLC,
and ECO-AIR TECHNOLOGIES, LLC,

                                      Defendants.
------------------------------------

Case No.: 08 CV 02415 (GEL)

**STIPULATION TO ADJOURN MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned action, that the response date for Plaintiff's opposition to Defendants' Motion to Dismiss is hereby adjourned to May 15, 2008 with Defendants' Reply due on or before June 2, 2008.

This Stipulation may be executed in any number of counterparts, each of which shall be an original, but all of which, when taken together, shall constitute one in the same Stipulation. Facsimile signatures shall be accepted and deemed to be original signatures and shall be binding on the parties upon signing.

Dated: Garden City, New York
April 24, 2007

_____
By: Joel M. Sunshine, Esq.
Sunshine & Feinstein, LLP
Attorneys for Defendant, Kathleen Kennedy
666 Old Country Road, Suite 605
Garden City, New York 11530
(516) 742-6444

Dated: Phoenix, AZ
April 24, 2008

_____
By: Brian M. McQuaid, Esq.
Squire, Sanders & Dempsey, LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498
(602) 528-4000

SO ORDERED:

_____
U.S.D.J.
4/28/08

ORDERED, that sufficient reason appearing therefore, let service by nationally recognized overnight courier of a copy of this Order together with the papers upon which it was granted, upon each of Defendant U2B2 and Universal at their last known place of business, 463 Barell Avenue, Carlstadt, New Jersey 07072 on or before  April 30 , 2008, be deemed good and sufficient service thereof.

        ENTER

        _____
        U.S.D.J

        4/28/08

*SEM42382.L99.docx*