UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PLASMA AIR INTERNATIONAL, INC., LAWRENCE SUNSHINE, CLIFFORD MILLER and VIPER HOLDING, LLC, | |
| Plaintiffs, | 08 CV 02415 (GEL) |
| -against- | |
| AERISA, INC., ION INVESTMENT PARTNERS, LLC, IONZ INTERNATIONAL, INC., ALF MAURITZON, ECO ION TECHNOLOGIES, LLC, and ECO-AIR TECHNOLOGIES, LLC, | |
| Defendants. | |

**NOTICE OF APPEARANCE OF BRIAN MCQUAID AND REQUEST FOR ELECTRONIC NOTIFICATION**

To the Clerk of this Court and all parties of record:

I certify that I am an attorney admitted to practice in this Court pro hac vice.

Please enter my appearance as counsel in this case for Defendants Aerisa, Inc., Ion Investment Partners, LLC, and Eco-Air Technologies, Inc. and add me to the electronic filing for this case.

SQUIRE, SANDERS & DEMPSEY L.L.P.

April 30, 2008

s/Brian M. McQuaid
   Richard Mattiaccio (RM4764)
   Steven Skulnik (SS 7821)
   350 Park Avenue, 15th Floor
   New York, NY 10022-6022
   (212) 872-9800

   Brian M. McQuaid (*pro hac vice*)
   Squire, Sanders & Dempsey L.L.P.
   40 North Central Avenue, Suite 2700
   Phoenix, AZ 85004-4498
   Telephone: (602) 528-4000
   Facsimile: (602) 253-8129
   Attorneys for Defendants