SQUIRE | LEGAL
SANDERS | COUNSEL
         | WORLDWIDE

SQUIRE, SANDERS & DEMPSEY L.L.P.

Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004-4498

Office: +1.602.528.4000
Fax: +1.602.253.8129

Direct: +1.602.528.4837
kamiller@ssd.com



May 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

**VIA U.S. MAIL**

Mr. Daniel Patrick Moynihan
Clerk of the United States District Court
For the Southern District of New York
500 Pearl Street, Room 120
New York, New York 10007-1312

    Re:    Plasma Air International, Inc. et al v. Aerisa, Inc. et al.; Case No. 1:08-cv-02415(GEL)

Dear Mr. Moynihan:

Please remove George Brandon from the service list to receive electronic filing notices in the above-referenced matter. Brian McQuaid has appeared in this case and will handle distribution for our firm.  ] *

If you have any questions, please feel free to contact me at 602.528.4837. Thank you for your assistance.

Very truly yours,

Kristi A. Miller
Executive Legal Secretary

KAM/pc

*SO ORDERED

GERARD E. LYNCH, U.S.D.J.
5/8/08

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • LONDON • MADRID • MILAN • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO

www.ssd.com