05/14/2008 14:20 FAX 602 253 8129        Squire Sanders 02767                    ☏002

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

PLASMA AIR INTERNATIONAL, INC.,
LAWRENCE SUNSHINE, CLIFFORD MILLER and
VIPER HOLDING, LLC,

                                Plaintiffs,

- against -

AERISA, INC, ION INVESTMENT PARTNERS,
LLC, IONZ INTERNATIONAL, INC., ALF
MAURITZON, ECO ION TECHNOLOGIES, LLC,
and ECO-AIR TECHNOLOGIES, LLC,

                                Defendants.

Case No.: 08 CV 02415 (GEL)

**STIPULATION TO
ADJOURN MOTION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned action, that the response date for Plaintiff's opposition to Defendants' Motion to Dismiss is hereby adjourned to May 29, 2008 with Defendants' Reply due on or before June 16, 2008.

This Stipulation may be executed in any number of counterparts, each of which shall be an original, but all of which, when taken together, shall constitute one in the same Stipulation. Facsimile signatures shall be accepted and deemed to be original signatures and shall be binding on the parties upon signing.

Dated: Garden City, New York
        May 14, 2008

By: Joel M. Sunshine, Esq.
Sunshine & Feinstein, LLP
Attorneys for Defendant, Kathleen Kennedy
666 Old Country Road, Suite 605
Garden City, New York 11530
(516) 742-6444

Dated: Phoenix, AZ
        May 14, 2008

By: Brian M. McQuaid, Esq.
Squire, Sanders & Dempsey, LLP
Two Renaissance Square
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004-4498
(602) 528-4000

SO ORDERED:

_____
U.S.D.J.
5/19/08