```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------

PLASMA AIR INTERNATIONAL, INC., LAWRENCE
SUNSHINE, CLIFFORD MILLER and VIPER
HOLDING, LLC,

                              Plaintiffs,

Case No.: 08 CV 02415 (GEL)

**STIPULATION TO STAY ACTION**

- against -

AERISA, INC, ION INVESTMENT PARTNERS, LLC,
IONZ INTERNATIONAL, INC., ALF MAURITZON,
ECO ION TECHNOLOGIES, LLC, and ECO-AIR
TECHNOLOGIES, LLC,

                              Defendants.
-----------------------------------------

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties to the above-captioned action, that the within action including the Motion to Dismiss filed by Defendants pursuant to Rules 12(b)(2) and 12(b)(3) of the F.R.C.P. be stayed pending the outcome of a Motion to Dismiss for Lack of Personal Jurisdiction to be filed in a related action in the United States District Court for the District of Arizona, bearing case number 2:08-cv-00227-NVW.

This Stipulation may be executed in any number of counterparts, each of which shall be an original, but all of which, when taken together, shall constitute one in the same Stipulation. Facsimile signatures shall be accepted and deemed to be original signatures and shall be binding on the parties upon signing.

Dated: May 29, 2008

Sunshine & Feinstein, LLP

_____
By: Joel M. Sunshine (JS    )
Attorneys for Plaintiffs
666 Old Country Road, Suite 605
Garden City, New York 11530
(516) 742-6444

Squire, Sanders & Dempsey, LLP

_____
By: Steven Skulnik, (SS 7821)
Attorneys for Defendants
350 Park Avenue
New York, New York 10022
(212) 872-9800

SO ORDERED:

_____
U.S.D.J.
6/9/08