```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

PLASMA AIR INT'L, INC., et al.,

                Plaintiffs,

        -v-                                              No.  08 Civ. 2415 (LTS)(DCF)

AERISA, INC., et al.,

                Defendants.
------------------------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 8 2009

### ORDER

The above-captioned action having been stayed pending the outcome of a motion to dismiss for lack of personal jurisdiction filed in a related action in the United States District Court, District of Arizona, No. 2:08-cv-00227-NVW ("Arizona Action"), (docket entry no. 16), and reassigned to the undersigned, (docket entry no. 19), the parties are hereby directed to make a joint written report as to the status of the Arizona Action as of January 1, 2010, and every July 1 and January 1 thereafter.

SO ORDERED.

Dated: New York, New York
       October 8, 2009

                                            _____
                                            LAURA TAYLOR SWAIN
                                            United States District Judge